IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JOSE LUIS AREVALO-IXAM, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 26-0081-BAH |
| KRISTI NOEM ET AL., | * | |
| Respondents. | * | |

## ORDER

Jose Luis Arevalo-Ixam filed a petition for writ of habeas corpus on January 9, 2026. ECF 1. On a teleconference held today at which counsel for Petitioner and Respondents were present, counsel for Respondents acknowledged that the issues presented in the petition have been repeatedly resolved by other judges of this Court (and across the country). To conserve judicial economy and the parties' resources, and with the agreement of the parties,[1] the Court will rule on the petition as filed. The Court adopts the reasoning in *Maldonado v. Baker*, Civ. No. 25-3084-TDC, 2025 WL 2968042 (D. Md. Oct. 21, 2025) and **GRANTS** the petition. *See, e.g.*, *Hernandez-Lugo v. Bondi*, Civ. No. GLR-25-3434, 2025 WL 3280772, at *7 (D. Md. Nov. 25, 2025); *Afghan v. Noem*, Civ. No. SAG-25-04105, 2025 WL 3713732, at *2 (D. Md. Dec. 23, 2025).

The Court finds that Petitioner Jose Luis Arevalo-Ixam is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond. Respondents are ORDERED to

---

[1] To be clear, the Government did not agree with the Court's ruling or consent to it. Instead, the Government respectfully acknowledged the Court's intention to rule against it and acceded only to proceeding in the way the Court did. Stated differently, the Government consented to the Court's process, not its conclusion.

provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this order. Respondents are ENJOINED from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b).  If a bond hearing is not held within 10 days, Respondents shall RELEASE Petitioner from custody.  The parties are further ORDERED to file a joint status report within 48 business hours of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

Dated: January 12, 2026

/s/
Brendan A. Hurson
United States District Judge